NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**LISA BROOKS CARLSON,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

———————————

2013-3112

———————————

Petition for review of the Merit Systems Protection Board in No. DC831E130148-I-1.

———————————

**ON MOTION**

———————————

**O R D E R**

Lisa Brooks Carlson moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

LISA CARLSON V. OPM                                          2

                                   FOR THE COURT

                                  /s/ Jan Horbaly
                                 Jan Horbaly
                                 Clerk

s21